FILED

APR 25 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MITZI ADAMS McCOOK,<br><br>Defendant. | CR 18–19–BU–DLC<br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 99). The United States advises the Court that, owing to a stipulation of forfeiture entered into by the Defendant in a case before the Montana Fifth Judicial District Court, "there is no longer a federal interest in pursuing the judicial forfeiture of the items listed in the Indictment." (Doc. 100 at 3–4.) Accordingly,

IT IS ORDERED that the United States' Motion (Doc. 99) is GRANTED and the forfeiture action in this case is DISMISSED.

DATED this 25th day of April, 2019.

Dana L. Christensen

Dana L. Christensen, Chief Judge
United States District Court